IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOSEPH BLAND a/k/a )
PARINTA BLAND a/k/a )
JARRED BUTLER, )
  )
    Plaintiff, )
  )
VS. ) No. 14-2184-JDT-tmp
  )
DANIEL T. FRENCH, ET AL., )
  )
    Defendants. )

ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW HIS
MOTIONS FILED PURSUANT TO RULES 59(e) AND 60(b)

On March 8, 2014, Plaintiff, Joseph Bland a/k/a Parinta Bland a/k/a Jarred Butler, Bureau of Prisons ("BOP") register number 18575-076, who is incarcerated at the Federal Correctional Institution Medium in Forrest City, Arkansas, filed a *pro se* civil complaint. (ECF No. 1.) The Court granted subsequently leave to proceed *in forma pauperis* and assessed the civil filing fee pursuant to 28 U.S.C. §§ 1915(a)-(b). (ECF No. 4.) On May 8, 2014, the Court addressed several pending motions, determined that Plaintiff's action arose under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), and dismissed the complaint (ECF No. 13); judgment was entered on May 12, 2014 (ECF No. 14).

On June 16, 2014, Plaintiff filed a motion pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) in which he asked the Court to, *inter alia*, vacate the judgment and recharacterize the complaint as a proceeding under 28 U.S.C. §§ 2241 and/or 2255. (ECF No. 16.) However, on December 15, 2014, Plaintiff filed a motion to dismiss, or withdraw, his Rule 59(e) and 60(b) motion so that he can raise the issues in his pending § 2255 proceeding. *See Bland v. United States*, No. 14-2086-JPM-tmp (W.D. Tenn. filed Feb. 14, 2014). On the same day, Plaintiff filed an amended § 2255 motion in that proceeding. (*Id.*, No. 14-2086, ECF No. 7.)

Plaintiff's motion to withdraw his motion for post-judgment relief in this case is GRANTED. The Clerk is directed to terminate the Rule 59(e)/60(b) motion at docket entry number 16.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE